## Eleanor A. Allan v. Foreman Brothers.

1. APPELLATE COURT PRACTICE—*Where no Exception was Taken to a Ruling of the Trial Court.*—Where an abstract filed in this court does not show that an exception was taken to the ruling of the trial court, which is complained of, the judgment will be affirmed.

Transcript, from a justice of the peace. Appeal from the County Court of Cook County; the Hon. ORRIN N. CARTER, Judge, presiding. Heard in this court at the October term, 1896. Affirmed. Opinion filed March 8, 1897.

J. EDWARDS FAY, attorney for appellant.

No appearance for appellee.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

This is an appeal from an order of court denying appellant's motion to set aside an order dismissing an appeal taken from a judgment rendered by a justice of the peace.

If Eleanor A. Allan had a complete defense to the whole of the said suit, no reason for her not filing an affidavit so stating, is perceived.

The abstract here filed does not show that any exception was taken to the ruling of the court below, and its order is affirmed.